# Index of Policy Provisions

## Declarations

**Your Personal Coverage Page is attached.**

Agreement ........ 3
Definitions ........ 3
What To Do In Case of Accident ........ 4

## PART I - LIABILITY

Coverage A - Bodily Injury ........ 4
Coverage B - Property Damage ........ 4
Additional Definitions ........ 4
Supplementary Payments ........ 5
Exclusions - What we do not Cover ........ 5
Limits of Liability ........ 6
Out of State Coverage ........ 6
Financial Responsibility Law ........ 6
Other Insurance ........ 6

## PART II - UNINSURED MOTORIST

Coverage C - Uninsured Motorist ........ 6
Additional Definitions ........ 6
Exclusions - What we do not Cover ........ 7
Limits of Liability ........ 7
Other Insurance ........ 7
Arbitration ........ 8

## PART III - NO - FAULT

Coverage D - Personal Injury Protection (No-Fault) ........ 8
Additional Definitions ........ 9
Exclusions - What we do not Cover ........ 10
Limit of Liability ........ 10
Medical Reports, Proof of Claim; Rehabilitation Notice ........ 11
Our Right to Recover Payment ........ 11
Other Insurance ........ 11
Arbitration ........ 11
Constitutionality Clause ........ 12

## PART IV - DAMAGE TO YOUR CAR

Coverage F - Comprehensive ........ 12
Coverage G - Collision ........ 12
Coverage H - Towing ........ 12
Additional Definitions ........ 12
Supplementary Payments ........ 12
Exclusions - What we do not Cover ........ 13
Limits of Liability ........ 13
Payment of Loss ........ 13
Appraisal ........ 13
No Benefit to Bailee ........ 13
Other Insurance ........ 14
Arbitration ........ 14

## PART V - CONDITIONS

1. Policy Period and Territory ........ 14
2. Changes ........ 14
3. Legal Action Against Us ........ 14
4. Transfer of Your Interest ........ 15
5. Our Right to Recover Payment ........ 15
6. Bankruptcy ........ 15
7. Termination or Reduction of Coverage ........ 15

**SPECIAL PROVISIONS** ........ 16

---

ANY ADDITIONAL PROVISIONS AFFECTING YOUR POLICY ARE ATTACHED AS "ENDORSEMENTS"
This policy is a legal contract between you (the policyholder) and us (the Company).

IT CONTAINS CERTAIN EXCLUSIONS.
**READ YOUR POLICY CAREFULLY.**

THIS PAGE LEFT
INTENTIONALLY BLANK.

## AGREEMENT

We agree with you, in return for your premium payment, to insure you subject to all the terms of this policy. We will insure you for the coverages and the limits of liability shown in the Declarations of this policy.

## DEFINITIONS

Throughout this policy "you" and "your" mean the "named insured" shown in the Declarations and spouse if a resident of the same household. "We," "us" and "our" mean the Company named in the Declarations which provides this insurance. In addition, certain words appear in bold type. They are defined as follows:

**Accident** or **occurrence** means a sudden event, including continuous or repeated exposure to the same conditions, resulting in **bodily injury** or **property damage** neither expected nor intended by the insured person.

**Bodily injury** means bodily injury to or sickness, disease or death of any person.

**Damages** are the cost of compensating those who suffer **bodily injury** or **property damage** from an **accident.**

**Family member** means a person related to you by blood, marriage or adoption who is a resident of your household, including a ward or foster child.

**Occupying** means in, on, getting into or out of.

**Private Passenger Car** means a four wheel land motor vehicle of the private passenger or station wagon type actually licensed for use upon public highways. It includes any motor home not used for business purposes.

**Property damage** means physical injury to or destruction of tangible property, including loss of its use.

**State** means the District of Columbia and any state, territory or possession of the United States, or any province of Canada.

**Utility car** means a four wheel land motor vehicle licensed for use upon public highways, with a rated load capacity of not more than 2,000 pounds, of the pickup or van type. It does not mean a vehicle used in any business or occupation other than farming or ranching. It does mean a vehicle used to transport tools and related items to and from or between, job sites.

**Utility trailer** means a vehicle designed to be towed by a **private passenger car** and includes a farm wagon or farm implement while towed by a **private passenger car** or **utility car.** It does not include a trailer used as an office, store, display or passenger trailer.

**Your insured car** means:

1. The vehicle described in the Declarations of this policy or any **private passenger car** or **utility car** with which you replace it. You must advise us within 30 days of any change of car. If your policy term ends more then 30 days after the change, you can advise us any time before the end of that term.
2. Any additional **private passenger car** or **utility car** of which you acquire ownership during the policy period. Provided that:
   a. You notify us within 30 days of its acquisition, and
   b. As of the date of acquisition, all **private passenger** and **utility cars** you own are insured with a member company of the Farmers Insurance Group of Companies.
3. Any **utility trailer:**
   a. That you own, or
   b. While attached to **your insured car.**
4. Any **private passenger car, utility car** or **utility trailer** not owned by you or a **family member** while being temporarily used as a substitute for any other vehicle described in this definition because of its withdrawal from normal use due to breakdown, repair, servicing, loss or destruction.
5. Any vehicle leased under a written agreement to any person for a continuous period of at least six months shall be deemed to be owned by that person.
6. Any other **private passenger car, utility car,** or, **utility trailer** not owned by or furnished or available for regular use by you or a **family member.** This includes such vehicles while rented by you on a daily or weekly basis. But no vehicle shall be considered as **your insured car** unless there is a sufficient reason to believe that the use is with permission of the owner, and unless it is used by you or a **family member.**

## WHAT TO DO IN CASE OF ACCIDENT

### Notice

In the event of an **accident,** or loss, notice must be given to us promptly, but in no event, more than six months from the date of the **accident** or loss. The notice must give the time, date and circumstances of the **accident,** or loss, including the names and addresses of injured persons and witnesses.

### Other Duties

A person claiming any coverage of this policy must also:

1. Cooperate with us and assist us in any matter concerning a claim or suit.
2. Send us promptly any legal papers received relating to any claim or suit.
3. Submit to physical examinations at our expense by doctors we select as often as we may reasonably require.
4. Authorize us to obtain medical and other records.
5. Provide any written proofs of loss we require.
6. Notify police within 24 hours and us within 30 days if a hit-and-run motorist is involved and an uninsured motorist claim is to be filed.
7. If claiming car damage coverage:
   a. Take reasonable steps after loss to protect the vehicle and its equipment from further loss. We will pay reasonable expenses incurred in providing that protection.
   b. Promptly report the theft of the vehicle to the police.
   c. Allow us to inspect and appraise the damaged vehicle before its repair or disposal.
8. Submit to examination under oath upon our request.

## PART I - LIABILITY

### Coverage A - Bodily Injury
### Coverage B - Property Damage

We will pay **damages** for which any **insured person** is legally liable because of **bodily injury** to any person and/or **property damage** arising out of the ownership, maintenance or use of a **private passenger car,** a **utility car,** or a **utility trailer.** Subject to a minimum liability limit of $25,000, we will pay for **property damage** to a rented car regardless of fault or of negligence by you or a **family member.** A rented car, for the purpose of this provision is rented on a weekly or daily basis only.

We will defend any claim or suit asking for these **damages.** We may settle when we consider it appropriate.

### Additional Definitions Used In This Part Only

**Insured person** as used in this part means:

1. You or any **family member.**
2. Any person using **your insured car.**
3. Any other person or organization with respect only to legal liability for acts or omissions of:
   a. Any person covered under this part while using **your insured car.**
   b. You or any **family member** covered under this part while using any **private passenger car, utility car** or **utility trailer** other than **your insured car** if not owned or hired by that person or organization.

**Insured person** does not mean:

1. The United States of America or any of its agencies.
2. Any person for **bodily injury** or **property damage** arising from the operation of a vehicle by that person as an employee of the United States Government when the provisions of the Federal Tort Claims Act apply.
3. Any person other than a **family member** who uses a vehicle without having sufficient reason to believe that the use is with the permission of the owner.
4. Any **family member** who uses a vehicle other than **your insured car** without having sufficient reason to believe that the use is with the permission of the owner.

## Supplementary Payments

In addition to our limit of liability, we will pay these benefits as respects an **insured person:**

1. All costs we incur in the settlement of any claim or defense of any suit.
2. Interest after entry of judgment on any amount that does not exceed our limit of liability.
3. a. Premiums on appeal bonds on any suit we defend.
   b. Premiums on bonds to release attachments in any such suit for an amount not in excess of the applicable limit of liability of this policy.
   c. Up to $300 for the cost of bail bonds required because of **accident** or traffic law violation arising out of use of **your insured car.**

   We are not obligated to apply for or furnish any of the above bonds.
4. Actual loss of wages or salary up to $50 a day, but not other income, when we ask you to attend a trial or hearing.
5. Expenses you incur for immediate medical and surgical treatment for others necessary at the time of the **accident** resulting in **bodily injury** covered by this part.
6. Other reasonable expenses incurred at our request.

## Exclusions

This coverage does not apply to:

1. **Bodily injury** or **property damage** arising out of the ownership, maintenance or use of a vehicle while used to carry persons or property for a charge. This exclusion does not apply to shared-expense car pools.
2. **Bodily injury** or **property damage:**
   a. Caused intentionally by or at the direction of an **insured person,** or
   b. Arising from any **occurrence** caused by an intentional act of an **insured person** where the results are reasonably foreseeable.
3. **Bodily injury** or **property damage** with respect to which any person is an insured under nuclear energy insurance. This exclusion applies even if the limits of that insurance are exhausted.
4. **Bodily injury** to an employee of an **insured person** arising in the course of employment. This exclusion does not apply to **bodily injury** to a domestic employee unless Workers' Compensation benefits are required.
5. **Bodily injury** or **property damage** for any person while employed or otherwise engaged in the business or occupation of transporting, selling, repairing, servicing, storing or parking of vehicles designed for use mainly on public highways, including road testing or delivery. This exclusion does not apply to the ownership, maintenance or use of **your insured car** by you, any **family member,** or any partner, agent, or employee of you or any **family member.**
6. **Bodily injury** or **property damage** arising out of the ownership, maintenance or use of any vehicle except a **private passenger car** by any person employed or otherwise engaged in a business other than the business described in Exclusion 5 above.
7. Damage to property owned or being transported by an **insured person.**
8. Damage to property rented to, or in the charge of, an **insured person** except a residence or private garage not owned by that person.
9. **Bodily injury** or **property damage** arising out of the ownership, maintenance or use of any motorized vehicle with less than four wheels.
10. **Bodily injury** or **property damage** arising out of the ownership, maintenance or use of any vehicle other than **your insured car,** which is owned by or furnished or available for regular use by you or a **family member.**
11. The liability of any **insured person** for **bodily injury** to you or a **family member.**
12. Liability assumed under any contract or agreement except liability of others you assume in a written contract relating to the use of an auto you do not own.
13. Liability arising from the sponsoring or taking part in any organized or agreed-upon racing or speed contest or demonstration in which **your insured car** has active participation, or in practice or preparation for any such contest.
14. Punitive or exemplary **damages** or the cost of defense related to such **damages.**
15. Liability to pay **damages** or fines where the obligation is established as a condition of any criminal judgment or order and any defense costs related to such a judgment.

### Limits of Liability

The limits of liability shown in the Declarations apply subject to the following:

1. The **bodily injury** liability limit for "each person" is the maximum for **bodily injury** sustained by one person in any **occurrence.** Any claim for loss of consortium or injury to the relationship arising from this injury shall be included in this limit.
2. Subject to the **bodily injury** liability limit for "each person" the **bodily injury** liability limit for "each **occurrence**" is the maximum combined amount for **bodily injury** sustained by two or more persons in any **occurrence.**
3. The **property damage** liability limit for "each **occurrence**" is the maximum for all **damages** to all property in any one **occurrence.**
4. We will pay no more than the maximum limits provided by this policy regardless of the number of vehicles insured, **insured persons,** claims, claimants, policies, or vehicles involved in the **occurrence.**

### Out of State Coverage

An **insured person** may become subject to the financial responsibility law, compulsory insurance law or similar law of another **state** or in Canada. This can happen because of the ownership, maintenance or use of **your insured car** when you travel outside of Minnesota. We will interpret this policy to provide any broader coverage required by those laws, except to the extent that other liability insurance applies. No person may collect more than once for the same elements of loss.

### Conformity with Financial Responsibility Laws

When we certify this policy as proof under any financial responsibility law, it will comply with the law to the extent of the coverage required by law.

### Other Insurance

If there is other applicable Auto Liability Insurance on any other policy that applies to a loss covered by this part, we will pay only our share. Our share is the proportion that our limits of liability bear to the total of all applicable limits.

Any insurance we provide for a vehicle you do not own shall be excess over any other collectible insurance.

If any applicable insurance other than this policy is issued to you by us or any other member company of the Farmers Insurance Group of Companies, the total amount payable among all such policies shall not exceed the limits provided by the single policy with the highest limits of liability.

If there are other policies of insurance containing rented vehicles coverage, you may select the policy under which you wish to collect, but must provide such information as is necessary for that insurer to collect pro-rata contribution from the other insurer(s). If the renter of the vehicle is also covered by an employer's policy or self insurance plan, this policy becomes excess over such policy or plan.

## PART II - UNINSURED MOTORIST

### Coverage C - Uninsured Motorist Coverage

We will pay all sums which an **insured person** is legally entitled to recover as **damages** from the owner or operator of an **uninsured motor vehicle** because of **bodily injury** sustained by the **insured person.** The **bodily injury** must be caused by an **accident** and arise out of the ownership, maintenance or use of the **uninsured motor vehicle.**

Determination as to whether an **insured person** is legally entitled to recover **damages** or the amount of **damages** shall be made by agreement between the **insured person** and us. If no agreement is reached, the decision will be made by arbitration.

### Additional Definitions Used In This Part Only

As used in this Part:

1. **Insured person** means:
   a. You or a **family member.**
   b. Any other person while **occupying your insured car.**
   c. Any person for **damages** that person is entitled to recover because of **bodily injury** to you, a **family member**, or other occupant of **your insured car.**

   No **family member** shall be considered an **insured person** if that **family member** uses a vehicle other than **your insured car** without having sufficient reason to believe that the use is with permission of the owner.