2. **Motor vehicle** means a land motor vehicle or a trailer but does not mean a vehicle:
   a. Operated on rails or crawler-treads.
   b. Which is a farm type tractor, or any equipment designed or modified for use principally off public roads while not on public roads.
   c. Located for use as a residence or premises.
3. **Uninsured motor vehicle** means a **motor vehicle** which is:
   a. Not insured by a **bodily injury** liability bond or policy at the time of the **accident.**
   b. A hit-and-run vehicle whose operator or owner has not been identified and which causes **bodily injury** to you or any **family member.**
   c. Insured by a **bodily injury** liability bond or policy at the time of the **accident** but the Company denies coverage or is or becomes insolvent.
4. **Uninsured motor vehicle,** however, does not mean a vehicle:
   a. Owned by or furnished or available for the regular use of you or any **family member.**
   b. Owned or operated by a self-insured as contemplated by any financial responsibility law, motor carrier law, or similar law.
   c. Owned by a governmental unit or agency.
   d. Insured under the liability coverage of this policy.

## Exclusions

This coverage shall not apply to the benefit of any insurer or self-insurer under any workers' compensation or disability benefits law or any similar law.

This coverage shall not apply to punitive or exemplary **damages** or the cost of defense related to such **damages.**

This coverage does not apply to **bodily injury** sustained by a person:

1. While **occupying** any vehicle owned by you or a **family member** for which insurance is not afforded under this policy or through being struck by that vehicle.
2. If that person or the legal representative of that person makes a settlement without our written consent.
3. While **occupying your insured car** when used to carry persons or property for a charge. This exclusion does not apply to shared-expense car pools.
4. During active participation in any organized or agreed-upon racing or speed contest or demonstration or in practice or preparation for any such contest.

## Limits of Liability

The limits of liability shown in the Declarations apply subject to the following:

1. The limit for "each person" is the maximum for **bodily injury** sustained by any person in any one **occurrence.** Any claim for loss of consortium or injury to the relationship arising from this injury shall be included in this limit.
2. Subject to the limit for "each person," the limit for "each **occurrence**" is the maximum combined amount for **bodily injury** sustained by two or more persons in any one **occurrence.**
3. Subject to the law of the **state** of the **occurrence,** we will pay no more than these maximums regardless of the number of vehicles insured, **insured persons,** claims, claimants, policies, or vehicles involved in the **occurrence.**
4. Regardless of the number of policies involved, vehicles involved, persons covered, claims made, vehicles or premiums shown on the policy, or premiums paid, in no event shall the limit of liability for uninsured motorist coverage for two or more **motor vehicles** be added together to determine the limit of insurance coverage available to an injured person for any one **accident.**

## Other Insurance

If there is other applicable Automobile Liability Insurance on any other policy that applies to a loss covered by this part, we will pay only our share. Our share is the proportion that our limits of liability bear to the total of all applicable limits.

Any insurance we provide for a vehicle you do not own shall be excess over any other collectible insurance. We will reduce the amount payable under uninsured motorist coverage by the amount of any personal injury protection benefits paid or payable or which would be paid or payable under this or any other motor vehicle insurance policy because of **bodily injury** sustained by an **insured person.**

If any applicable insurance other than this policy is issued to, or available to, any person receiving benefits from this or any other member company of the Farmers Insurance Group of Companies, the total amount payable among all such policies shall not exceed the limits provided by the single policy with the highest limits of liability.

### Arbitration

If an **insured person** and we do not agree (1) that the **insured person** is legally entitled to recover **damages,** or (2) on the amount of payment under this Part, the following applies:

Mandatory Arbitration

Submission to binding arbitration is mandatory in all cases where a claim made by an **insured person** is $5000 or less. If we deny the claim we will advise you of your right to demand arbitration.

In that event, the **insured person** will select an arbitrator and we will select another. The two arbitrators will select a third.

If they cannot agree on the third arbitrator within 30 days, the judge of a court having jurisdiction will appoint the third arbitrator. The **insured person** will pay the arbitrator selected by that person.

We will pay the arbitrator we select. The expense of the third arbitrator and all other expenses of arbitration will be shared equally.

Arbitration will take place in the county where the **insured person** lives. Local court rules governing procedures and evidence will apply. The decision in writing of two arbitrators will be binding subject to the terms of this insurance.

## PART III - NO - FAULT

### Coverage D - Personal Injury Protection

We will provide benefits shown in the schedule below for **bodily injury** to an **insured person** caused by an **accident** arising out of the operation or use of a **motor vehicle** or as a result of being struck as a pedestrian by a motorcycle. These benefits comply with the Minnesota No-Fault Automobile Insurance Act.

### SCHEDULE OF PERSONAL INJURY PROTECTION BENEFITS

(Basic Benefits [Coverage R1] apply to each **insured person** unless otherwise shown in the Declarations.)

### PERSONAL INJURY PROTECTION BENEFITS

| Coverage Designation | BASIC | OPTIONAL | | | | |
|---|---|---|---|---|---|---|
| | R1 | R3 | R4 | R5 | R7 | R8 |
| A. Medical Expenses* | $20,000 | SEE DECLARATIONS | | | | |
| B. Work Loss - Maximum Weekly Benefit | 250 | $ 300 | $ 400 | $ 250 D** | $ 300 D** | $ 400 D** |
| C. Essential Services Expenses Maximum Per Week | 200 | 200 | 200 | 200 | 200 | 200 |
| D. Funeral Expenses (Maximum) | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 |
| E. Survivors' Loss - Maximum Weekly Benefit | | | | | | |
| Loss of Income | 200 | 300 | 400 | 200 | 300 | 400 |
| Substitute Services | 200 | 300 | 400 | 200 | 300 | 400 |
| Maximum Aggregate Limit For Coverages B, C, D and E Combined | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 | $20,000 |

* A deductible of $100 per **accident** applies to the named insured and relatives if the letter "D" follows the Medical limit shown in the Declarations.

** A deductible of $200 per **accident** applies to the named insured and relatives.

## Additional Definitions Used In This Part Only

As used in this Part:

**Dependent** means:

a. a wife who is dependent on her husband with whom she lives at the time of his death;
b. a husband who is dependent on his wife with whom he lives at the time of her death; or
c. any child while under the age of 18 years, or while over that age but physically or mentally incapacitated from earning, who is dependent on the parent with whom he or she is living or from whom he or she is receiving support regularly at the time of death of such parent.

The existence and extent of dependency shall be a question of fact, considering the support regularly received from the deceased.

**Essential services expenses** means expenses reasonably incurred beginning 8 days after the date of the **accident** and during the **insured person's** lifetime for usual and necessary substitute services he or she would normally perform without pay if he or she had not been injured. If the **insured person** normally provides full-time care and maintenance of a home, with or without children, the benefit is the reasonable value of such care and maintenance, if greater than the expense incurred.

**Funeral expenses** means reasonable expenses for professional funeral and burial services including expenses for cremation, or delivery under the Minnesota Uniform Anatomical Gift Act.

**Insured motor vehicle** means a motor vehicle

a. to which the **bodily injury** liability insurance of the policy applies;
b. for which a specified premium is charged;
c. for which you are required to maintain security under the provisions of the Minnesota No-Fault Automobile Insurance Act.

**Insured person** means:

a. you or any **family member** who sustains **bodily injury** while **occupying** a **motor vehicle** or, while a pedestrian, caused by **accident** arising out of the operation or maintenance of any **motor vehicle;**
b. any other person who sustains **bodily injury** while **occupying your insured car** or, while a pedestrian, caused by **accident** arising out of the ownership, operation or maintenance of **your insured car.**

**Medical expenses** means all reasonable and necessary expenses incurred for medical, surgical, x-ray, optical, dental, chiropractic and rehabilitative services. This includes drugs, artificial substitutes for parts of the body, necessary ambulance, hospital, and extended care and nursing services. Also included are necessary remedial treatment and services recognized and permitted under the laws of Minnesota for an **insured person** who relies upon spiritual means through prayer alone for healing according to his or her religious belief.

**Motor vehicle** means a four wheel land motor vehicle or a motorcycle if specifically described in the policy as an **insured motor vehicle** which

a. is required to be registered according to Minnesota Statutes, Chapter 168, and
b. is designed to be self-propelled by an engine or motor for use primarily upon public roads, highways or streets in the transportation of persons or property; or
c. is a trailer when connected to or being towed by a **motor vehicle.**

**Survivors loss** means

a. loss, upon the death of an **insured person** occurring within one year from the date of the **accident,** of money or tangible things of economic value, not including services, which would have been supplied for the support of his or her surviving **dependents** except for the fatal **bodily injury.**
b. expenses reasonably incurred by the surviving **dependents** after the death of an **insured person** for ordinary and necessary substitute services which he or she would have performed for their benefit except for the fatal **bodily injury;** minus expenses of the surviving **dependents** not incurred as a result of such death.

The dependency of the surviving spouse shall terminate if such surviving spouse remarries or dies. The dependency of a child who is not physically or mentally incapable of earning shall be terminated when he or she reaches majority, marries or becomes otherwise emancipated, or dies.

**Work loss** means 85% of loss of income resulting from the **insured person's** inability to work. The benefit will be reduced by any income received from work actually performed by the **insured person,** or by any income he or she would have earned in other suitable work which he or she was capable of performing but unreasonably failed to do so. **Work loss** also includes costs incurred by a self-employed **insured person** in hiring substitute employees to perform tasks necessary to maintain the income of the **insured person,** which he or she normally performs, and which cannot be performed because of the injury.

## Exclusions

This coverage does not apply to **bodily injury** sustained by:

1. You or a **family member** arising out of the maintenance or use of any **motor vehicle** owned by you which is not an **insured motor vehicle.**
2. Any **family member** arising out of the maintenance or use of any **motor vehicle** owned by such **family member** when security required by Minnesota No-Fault Automobile Insurance Act is not in effect.
3. Any **family member** if such person is entitled to personal injury protection coverage as a self-insured or as a named insured under any other policy.
4. Any person, other than you or a **family member,** if such person is entitled to personal injury protection coverage as a self-insured or **family member** under any other policy.
5. Any person arising out of the maintenance or use of a **motor vehicle** other than the **insured motor vehicle,**

   a. when used to carry persons or property for a charge, or

   b. furnished by the employer of you or a **family member.**

   This exclusion applies only if the security required by the Minnesota No-Fault Automobile Insurance Act is in effect with respect to such vehicle, and **bodily injury** is sustained while not **occupying** another **motor vehicle** involved in the **accident.**

   This exclusion does not apply to

   (i) a commuter van as defined in the Minnesota No-Fault Automobile Insurance Act, or
   (ii) shared-expense car pools, or
   (iii) a vehicle used to transport children to school or a school sponsored activity.

6. any person while taking part in any organized or agreed upon racing or speed contest or demonstration, or while practicing for any such contest.
7. Any person if such injury arises out of the business of repairing or servicing **motor vehicles** on the business premises.
8. Any person if such injury arises out of loading or unloading any **motor vehicle.** This exclusion does not apply while such person is **occupying** such **motor vehicle.**
9. Any person while **occupying** a motorcycle. This exclusion does not apply if the vehicle described in the Declarations is a motorcycle for which Personal Injury Protection is provided.
10. Any person, other than you or a **family member,** who uses a **motor vehicle** without having sufficient reason to believe that the use is with permission of the owner.
11. Any person other than you or a **family member,** while not **occupying** the **insured motor vehicle,** if the **accident** occurs outside Minnesota.
12. Any person arising out of the maintenance or use of a **motor vehicle** while used as a residence.
13. Any person, other than you or a **family member,** while **occupying** a vehicle regularly used to carry persons or property for a charge, and

    a. such vehicle is one of five or more vehicles under common ownership, or is owned by a government outside Minnesota, and

    b. the **accident** occurs outside Minnesota.

This coverage does not apply:

14. To any benefits any person would otherwise be entitled to receive hereunder, arising out of **bodily injury** purposely caused or attempted by such person. If death results, the survivors of that person are not entitled to any **survivors' loss** benefits.
15. To any benefits otherwise payable arising out of one **accident,** if there is a lapse of one year or more in the period of disability and medical treatment.
16. To **bodily injury** caused by war (declared or undeclared), civil war, insurrection, rebellion or revolution, or any act contributing to such activity.
17. To **bodily injury** resulting from the radioactive, toxic, explosive or other hazardous properties of nuclear material.

## Limits of Liability

Regardless of the number of persons insured, policies or claims or vehicles involved in the **accident,** we will pay no more than the limit of liability shown in the Schedule of this part for each **insured person** injured in any one **accident.**

We will reduce any amount payable under the terms of this coverage by:

a. any amounts paid, payable or required to be provided because of such **bodily injury** under any Workers' Compensation law;
b. the amount of any deductible which applies to **medical expenses** as shown in the Schedule for **bodily injury** sustained by you or a **family member.** If two or more such persons sustain **bodily injury** in the same **motor vehicle accident,** the total amount of the deductible shall not exceed the amount stated in the Schedule. It shall be allocated equally among them;
c. the amount of any deductible which applies to **work loss** or **essential services expenses** as shown in the Schedule for **bodily injury** sustained by you or a **family member.**

## Medical Reports, Proof of Claim;

## Rehabilitation Notice

The **insured person** or someone on his or her behalf shall give us written proof of claim as soon as possible. We may require proof of claim be given under oath. The proof of claim shall include all information of the nature and extent of the **bodily injury,** treatment and rehabilitation received and planned. All other information that may help us determine the amount due and payable shall be included. The **insured person** shall submit to physical and mental examinations by physicians selected by us when and as often as we reasonably require. An **insured person** who has begun treatment for rehabilitation or a course of rehabilitative occupational training, other than medical rehabilitation treatment, shall notify us that he or she has begun such treatment within 60 days after a rehabilitation expense exceeding $1,000 has been incurred unless we know or have reason to know that such treatment has begun. If the **insured person** does not give the required notice within the prescribed time, we will pay only $1,000 or the expense incurred after the notice is given and within the 60 days before the notice, whichever is greater, unless failure to give timely notice is the result of excusable neglect.

## Our Right To Recover Payment

In the event of any payment under this coverage, we are entitled, subject to the applicable limitations stated in the Minnesota No-Fault Automobile Insurance Act, to all the rights of recovery of the person to whom payment was made against another. That person must sign and deliver to us any legal papers relating to that recovery, do whatever is necessary to help us exercise those rights and do nothing after loss to prejudice our rights. When a person has been paid **damages** by us under this policy and also recovers from another, the amount recovered from the other shall be held by that person in trust for us and reimbursed to us to the extent of our payment.

## Other Insurance

If there is other applicable personal injury protection insurance on any other policy that applies to a loss covered by this part, we will pay only our share. Our share is the proportion that our limit of liability bears to the total of all applicable limits.

We will reduce the amount payable under uninsured motorist coverage by the amount of any personal injury protection benefits paid or payable or which would be paid or payable under this or any other **motor vehicle** insurance policy because of **bodily injury** sustained by an **insured person.**

If any applicable insurance other than this policy is issued to, or available to, any person receiving benefits from the policy by this or any other member company of the Farmers Insurance Group of Companies, the total amount payable among all such policies shall not exceed the limits provided by the single policy with the highest limits of liability.

## Arbitration

If an **insured person** and we do not agree (1) that the **insured person** is legally entitled to recover **damages,** or (2) on the amount of payment under this Part, the following applies:

Mandatory Arbitration

Submission to binding arbitration is mandatory in all cases where a claim made by an **insured person** is $5000 or less. If we deny the claim we will advise you of your right to demand arbitration.

In that event, the **insured person** will select an arbitrator and we will select another. The two arbitrators will select a third.

If they cannot agree on the third arbitrator within 30 days, the judge of a court having jurisdiction will appoint the third arbitrator. The **insured person** will pay the arbitrator selected by that person.

We will pay the arbitrator we select. The expense of the third arbitrator and all other expenses of arbitration will be shared equally.

Arbitration will take place in the county where the **insured person** lives. Local court rules governing procedures and evidence will apply. The decision in writing of two arbitrators will be binding subject to the terms of this insurance.

### Constitutionality Clause

The premium for and the coverages of this part have been established in accordance with the provisions of the Minnesota No-Fault Automobile Insurance Act. If a court decision rules the provisions of such act partially or completely invalid or unenforceable, we shall have the right to recompute the premium payable for the policy. The provisions of this coverage shall be voidable or subject to change at our option.

## PART IV - DAMAGE TO YOUR CAR

### Coverage F - Comprehensive

We will pay for **loss** to **your insured car** caused by any accidental means except **collision,** less any applicable deductibles. Any deductible amount will apply separately to each **loss.**

**Loss** caused by missiles, falling objects, fire, **theft** or **larceny,** explosion, earthquake, windstorm, hail, water, flood, vandalism, riot or civil commotion, colliding with a bird or animal, or breakage of glass is not deemed **loss** caused by collision. If breakage of glass results from a **collision,** you may elect to have it treated as **loss** caused by **collision.**

### Coverage G - Collision

We will pay for **loss** to **your insured car** caused by **collision** less any applicable deductibles.

Any deductible shall apply separately to each **loss.**

### Coverage H - Towing and Road Service

We will pay for reasonable and necessary towing and labor costs incurred because of disablement of **your insured car.** The labor must be performed at the place of disablement. The Declaration sheet shows the maximum amount, if any, that we will pay.

### Additional Definitions Used In This Part Only

As used in this part:

1. **Collision** means collision of **your insured car** with another object or upset of **your insured car.**
2. **Loss** means direct and accidental loss of or damage to **your insured car,** including its equipment.
3. **Theft** or **Larceny** means the unlawful taking and removal of **your insured car**, its parts or accessories. It does not include voluntary parting with title or possession by you or others, if induced to do so by trickery or false pretense. Such inducement may be in the form of, but not limited to, transfer of possession without a legal right to do so, embezzlement or concealment by any person in possession of **your insured car** under any of the following:

   1. Bailment lease
   2. Conditional sale
   3. Purchase agreement
   4. Mortgage or other claim or lien.

4. **Your insured car** shall also include any other **private passenger car, utility car,** or **utility trailer** not owned by or furnished or available for regular use by you or a **family member,** but does not include a vehicle rented on a weekly or daily basis. But no vehicle shall be considered as **your insured car** unless there is sufficient reason to believe that the use is with permission of the owner, and unless it is used by you or a **family member.**

### Supplementary Payments

1. If you have comprehensive coverage, we will pay for transportation expenses incurred by you because of the total **theft** of **your insured car.** We will pay up to $15 per day, but no more than $450 each **loss.** This coverage begins 48 hours after the **theft** has been reported to us and to the police and ends when the car is returned to use or when we offer settlement for the **loss.**
2. We will pay up to, but not more than, $200 for **loss** of clothing or luggage in **your insured car** and belonging to you or a **family member** if the **loss** is caused by:
   a. **Collision** of **your insured car** while covered by this policy.
   b. Fire, lightning, flood, earthquake, explosion, falling aircraft, or **theft** of the entire insured car; and **loss** occurs to **your insured car** from the same cause while covered for comprehensive by this policy.