## Exclusions

This coverage does not apply to **loss:**

1. To **your insured car** while used to carry persons or property for a charge. This exclusion does not apply to shared-expense car pools.
2. Caused by war (declared or undeclared), civil war, insurrection, rebellion, revolution, nuclear reaction, radiation or radioactive contamination, or any consequence of any of these.
3. Caused by **theft** to equipment designed for the reproduction of sound, or any radio receiving or radio receiving and transmitting equipment. This applies to such equipment as a tape or disc player, tape recorder, video cassette recorder, citizens band radio and two-way mobile radio, telephone, television or scanning monitor receiver. It also applies to any electronic device incorporating any of this equipment, as well as accessories and antennas.

   This exclusion does not apply to that equipment which is permanently installed in the opening of the dash or console of **your insured car** normally used by the motor vehicle manufacturer for the installation of a radio or sound reproducing device.
4. Caused by **theft** to tapes, discs, records, reels, cassettes, cartridges, carrying cases or other devices for use with equipment designed for the reproduction of sound.
5. To a camper body, canopy or **utility trailer** owned by you or a **family member** and not described in the Declarations. But, coverage does apply to a camper body, canopy or **utility trailer** ownership of which you acquire during the policy period if you ask us to insure it within 30 days after you acquire it.
6. To awnings, cabanas, or equipment designed to provide additional living facilities.
7. Due and confined to wear and tear, freezing, mechanical or electrical breakdown or failure, or road damage to tires. But coverage does apply if the **loss** results from burning of wiring. Also coverage does apply if the **loss** results from the total **theft** of **your insured car.**
8. To a vehicle not owned by you when used in auto business operations.
9. During any organized or agreed-upon racing or speed contest or demonstration in which **your insured car** has active participation, or in practice or preparation for any such contest.
10. To a **utility car** due to increased cost of repair or replacement of the following furnishings or equipment:
    a. Special carpeting, insulation, wall covering, furniture or bars.
    b. Dining, kitchen and sleeping facilities including enclosures or bathroom facilities.
    c. Height-extending roofs.
    d. Murals, special paint and/or other methods of painting, decals or graphics.
11. To radar detectors.

## Limits of Liability

Our limits of liability for **loss** shall not exceed:

1. The amount which it would cost to repair or replace damaged or stolen property with other of like kind and quality; or with new property less an adjustment for physical deterioration and/or depreciation.
2. $500 for a **utility trailer** not owned by you, or a **family member.**

## Payment of Loss

We may pay the **loss** in money or repair or replace damaged or stolen property. We may, at any time before the **loss** is paid or the property is replaced, return, at our expense, any stolen property either to you or to the address shown in the Declarations, with payment for the resulting damage. We may keep all or part of the property at the agreed or appraised value.

## Appraisal

You or we may demand appraisal of the **loss.** Each will appoint and pay a competent and disinterested appraiser and will equally share other appraisal expenses. The appraisers, or a judge of a court having jurisdiction, will select an umpire to decide any differences. Each appraiser will state separately the actual cash value and the amount of **loss.** An award in writing by any two appraisers will determine the amount payable, which shall be binding subject to the terms of this insurance.

## No Benefit to Bailee

This coverage shall not directly benefit any carrier or other bailee for hire liable for **loss** to **your insured car.**

## Other Insurance

If there is other applicable similar insurance on any other policy that applies to a **loss** covered by this part, we will pay only our share. Our share is the proportion that our limit of liability bears to the total of all applicable limits. This coverage does not apply to any substitute or non-owned car if there is similar coverage on it.

Any insurance we provide for a vehicle you do not own shall be excess over any other collectible insurance.

If any applicable insurance other than this policy is issued to you by us or by any other member company of the Farmers Insurance Group of Companies, the total amount payable among all such policies shall not exceed the limits provided by the single policy with the highest limits of liability.

## Arbitration

If an **insured person** and we do not agree (1) that the **insured person** is legally entitled to recover **damages,** or (2) on the amount of payment under this Part, the following applies:

Mandatory Arbitration

Submission to binding arbitration is mandatory in all cases where a claim made by an **insured person** is $5000 or less. If we deny the claim we will advise you of your right to demand arbitration.

In that event, the **insured person** will select an arbitrator and we will select another. The two arbitrators will select a third.

If they cannot agree on the third arbitrator within 30 days, the judge of a court having jurisdiction will appoint the third arbitrator. The **insured person** will pay the arbitrator selected by that person.

We will pay the arbitrator we select. The expense of the third arbitrator and all other expenses of arbitration will be shared equally.

Arbitration will take place in the county where the **insured person** lives. Local court rules governing procedures and evidence will apply. The decision in writing of two arbitrators will be binding subject to the terms of this insurance.

# PART V - CONDITIONS

## 1. Policy Period and Territory

This policy applies only to **accidents, occurrences,** and losses during the policy period shown in the Declarations which occur within the United States, its territories or possessions, or Canada, or while the car is being shipped between their ports.

## 2. Changes

This policy with the Declarations includes all agreements between you and us relating to this insurance. No other change or waiver may be made in this policy except by endorsement, new Declarations or new policy issued by us.

The premium for each term of this policy is determined by information in our possession at the inception of that term. Any changes in this information which would affect the rating of your policy will allow us to make an additional charge or refund on a pro rata basis. If a premium adjustment is necessary we will make the adjustment as of the effective date of the change.

When we broaden coverage during the policy period without charge, the policy will automatically provide the broadened coverage when effective in your **state.** We may make other changes or replace this policy, to conform to coverage currently in use at the next policy period. The change or new policy will be delivered to you, or mailed to you at your mailing address shown in the Declarations at least 30 days before the effective date of the new policy period.

Policy terms which conflict with laws of Minnesota are hereby amended to conform to such laws.

## 3. Legal Action Against Us

We may not be sued unless there is full compliance with all the terms of this policy. We may not be sued under the Liability Coverage until the obligation of a person we insure to pay is finally determined either by judgment against that person at the actual trial or by written agreement of that person, the claimant and us. No one shall have any right to make us a party to a suit to determine the liability of a person we insure.

## 4. Transfer Of Your Interest

Interest in this policy may not be assigned without our written consent. But, if the insured named in the Declarations, or the spouse of the insured resident in the same household dies, the policy will cover:

a. The survivor
b. The legal representative of the deceased person while acting within the scope of duties of a legal representative.
c. Any person having proper custody of **your insured car** until a legal representative is appointed.

## 5. Our Right to Recover Payment

In the event of any payment under this policy, we are entitled to all the rights of recovery of the person to whom payment was made against another. That person must sign and deliver to us any legal papers relating to that recovery, do whatever else is necessary to help us exercise those rights and do nothing after loss to prejudice our rights. When a person has been paid **damages** by us under this policy and also recovers from another, the amount recovered from the other shall be held by that person in trust for us and reimbursed to us to the extent of our payment.

## 6. Bankruptcy

We are not relieved of any obligation under this policy because of the bankruptcy or insolvency of any **insured person.**

## 7. Termination or Reduction of Coverage

a. Cancellation or reduction of coverage:

(1) You may cancel this policy by advising us in writing when at a future date the cancellation is to be effective.

(2) We may cancel, change the renewal date, or cancel or reduce all or any portion of any coverage by mailing notice to you, your representative, or any lienholder shown in the policy at the address shown in the Declarations or by delivering the notice:

a. Not less than 10 days prior to the effective date of such cancellation, reduction, or change of renewal date:

(i) for non-payment of premium, or

(ii) if this policy has been in force less than 60 days.

b. Not less than 30 days prior to the effective date of cancellation for all other cases.

If we cancel or reduce all or any portion of any coverage, the notice we send you will describe that portion we are cancelling or reducing.

(3) Our right to cancel is limited only if this policy has been in force for 60 days, or is a renewal. We can cancel if the policy has been in effect more than 60 days, or is a renewal, only if any of the following apply:

a. You fail to pay the premium when due.
b. The insurance was obtained through fraudulent misrepresentation.
c. Any **insured person** made a false or fraudulent claim or knowingly aided another person in making such a claim.
d. You fail to disclose your motor vehicle **accidents** and moving traffic violations for the preceding 36 months if called for in the application.
e. You fail to disclose in the application any information necessary for acceptance or proper rating.
f. You knowingly fail to give any required notice of loss or notice of lawsuit filed against you, or, when requested, refuse to cooperate in the investigation of a claim or defense of a lawsuit.
g. You, any resident of your household, or any person who regularly and frequently operates **your insured car:**

(i) has had his or her driver's license suspended or revoked within the 36 months prior to the notice of cancellation or reduction of coverage.

(ii) is or becomes subject to epilepsy or heart attacks, and does not produce a physician's certificate stating that he or she can operate a motor vehicle safely.

(iii) has an **accident** or conviction record, physical or mental condition which are such that his or her operation of an automobile might endanger the public safety.

(iv) has been convicted, or forfeited bail, during the 24 months immediately preceding the notice of cancellation or reduction of coverage for:

(aa) criminal negligence in the use or operation of an automobile.

(ab) assault arising out of the operation of a **motor vehicle.**

(ac) operating a motor vehicle while intoxicated or under the influence of drugs.
(ad) Leaving the scene of an **accident** without stopping to report it.
(ae) making false statements in an application for a driver's license.
(af) theft of a motor vehicle.

(v) has been convicted of, or forfeited bail for, one or more violations within the 18 months before the notice of cancellation, of any law, ordinance, or regulation which justify a revocation of a driver's license.

Item g. above does not apply if such person is identified by name in any other policy as an insured.

(vi) **your insured car** is

(aa) so mechanically defective that its operation might endanger public safety.
(ab) used in carrying passengers for hire or compensation. This does not include car pools.
(ac) used in the business of transportation of flammables or explosives.
(ad) an authorized emergency vehicle.
(ae) subject to an inspection law and has not been inspected or, if inspected, has failed to qualify within the period specified under such inspection law.
(af) substantially changed in type or condition during the policy period, increasing the risk substantially, or so as to give clear evidence of a use other than the original use.

b. Nonrenewal

We agree to renew this policy for succeeding policy periods unless

(1) You fail to pay the premium when due.
(2) We mail you notice at least 60 days before the end of the policy period of our intent not to renew. Any notice of cancellation or nonrenewal will be mailed to your last known address. However, we may deliver any notice instead of mailing it.

Renewal of a policy shall not constitute a waiver or estoppel with respect to grounds for cancellation which existed before the effective date of such renewal.

c. Automatic Termination

This policy will automatically terminate at the end of the policy period if you or your representative do not accept our offer to renew it. Your failure to pay the required renewal premium as we require means that you have declined our offer.

If other insurance is obtained on **your insured car,** any similar insurance afforded under this policy for that car will cease on the effective date of the other insurance.

d. Other Provisions

(1) If different requirements for cancellation and nonrenewal or termination of policies become applicable because of the laws of Minnesota, we will comply with those requirements.
(2) Proof of mailing shall be sufficient proof of notice. We may deliver a notice instead of mailing it.
(3) The effective date and time stated on the notice for cancellation of the entire policy shall become the end of the policy period.
(4) The effective date and time stated on the notice for reduction of coverage or cancellation of a portion of the coverage, shall be the effective date of the change. The notice shall be part of the policy. It is an endorsement.
(5) Termination or change may result in a premium refund. If so, we will send it to you with the notice of cancellation. We may deliver it or send it by mail so that you receive it no later than the effective date of the cancellation.

If you or we cancel this policy, we shall refund the prorated unused share of the premium.

## SPECIAL PROVISIONS

Policy fees which you pay are not part of the premium. They are fully earned when the policy is issued. They are not returnable. However, if we cancel or non-renew your policy during the initial six (6) months period, policy fees will be refunded to you in full.

This policy shall not be effective unless countersigned on the Declarations Page by a duly authorized representative of the Company named on the Declarations Page.

The Company named on the Declarations has caused this policy to be signed by the officers shown below.

ILLINOIS FARMERS INSURANCE COMPANY

MID-CENTURY INSURANCE COMPANY

*Secretary* *Vice President*

**No Mexico Coverage**
**Read This Warning Carefully**

No coverage under this policy is provided while in Mexico. The Republic of Mexico considers an automobile accident a criminal offense as well as a civil matter. Coverage can be obtained through a Mexican insurance company when needed.

**THIS PAGE LEFT INTENTIONALLY BLANK.**