MN008
MINNESOTA
3rd Edition

# ENDORSEMENT AMENDING PART IV YOUR E-Z READER CAR POLICY, YOUR MOTORHOME PLUS POLICY AND YOUR E-Z READER MOTORCYCLE POLICY

When this endorsement is attached to your policy the following provisions apply:

Under **Limits of Liability**, item 1 (item 1 and 2 for Motorcycle Policy) is deleted and replaced with the following:

1. The amount which it would cost to repair or replace damaged or stolen property with other of like kind and quality; or with new property less an adjustment for physical deterioration and/or depreciation.

   For glass losses, the maximum amount that we will pay for repair or replacement is the prevailing competitive price. The competitive price includes the cost of repair or replacement including labor rates, parts and material. You may choose your own repair facility or upon your request we will identify the facilities that will perform the repairs for the prevailing competitive price.

This endorsement is part of your policy. It supersedes and controls anything to the contrary. It is otherwise subject to all other terms of the policy

94-0189 3RD EDITION 5-02

W0189301

Exhibit B