E1400
1st Edition

# SAFETY GLASS—WAIVER OF DEDUCTIBLE
## COVERAGE F

For an additional premium, it is agreed that any deductible applying to Coverage F—Comprehensive does not apply to safety glass

Our limit of liability for **loss** is the amount necessary to repair or replace safety glass

This endorsement is part of your policy It supersedes and controls anything to the contrary It is otherwise subject to all other terms of the policy.





FARMERS INSURANCE GROUP

Exhibit C