## SAFETY GLASS - WAIVER OF DEDUCTIBLE COVERAGE F

**E1400**
**2nd Edition**

For an additional premium, it is agreed that any deductible applying to Coverage F - Comprehensive does not apply to safety glass

Our limit of liability for **loss** is the amount necessary to replace safety glass

This endorsement is part of your policy It supersedes and controls anything to the contrary. It is otherwise subject to all other terms of the policy



Exhibit D