June 21, 2002

Dear Shop Owner/Manager:

As one of the administrators of the Farmers Insurance Glass Service, we wanted to inform you that Farmers Insurance has updated their pricing standards. To facilitate timely payment of invoices and avoid misunderstandings, please be sure to price all Farmers Insurance transactions in accordance with the prices indicated below. These prices are not the lowest available, however, they represent fair and reasonable prices for the market.

The pricing structure is as follows and is effective July 1, 2002:

| | | |
|---|---|---|
| Domestic & Foreign Windshield Discount | 42.00% | Off NAGs |
| Domestic & Foreign Tempered Discount | 42.00% | Off NAGs |
| Windshield Labor | $40.00 | Flat Labor |
| Tempered Labor | $40.00 | Flat Labor |
| High Modulus/Non-Conductive | $65.00 | 1.0 Kit |
| Urethane | $95.00 | 1.5 Kit |
| | $125.00 | 2.0 Kit |
| All other urethanes | $20.00 | Flat |
| Repairs: | $50.00 | |
| | $10.00 | any additional repairs.<br>Up to a maximum of 3 repairs. |

The prices listed above supercede any prior pricing agreements with Farmers Insurance Group.

Please continue to submit your invoices in accordance with the billing instructions on the fax/dispatch that you receive for each Farmers transaction. Bills that are accurate and are not more than this pricing structure will be paid promptly as submitted.

We look forward to working with you in providing glass service to Farmers Insurance customers.

Rate D

Exhibit A