Monday, February 14, 2005

Dear Shop Owner/Manager:

We appreciate the glass service you are providing Farmers Insurance Glass Service insureds. We wanted to inform you that Farmers Insurance has updated their FASGLAS pricing standards. These rate standards do not impact the current Collision pricing standards. To facilitate timely payment of invoices and avoid misunderstandings, please be sure to price all Farmers Insurance FASGLAS transactions in accordance with the prices indicated below. These prices are not the lowest available, however, they represent fair and reasonable prices for your area. All pricing is based on the most current published NAGS benchmark list. Invoices from you that are accurate and not exceeding this pricing structure will be paid promptly as submitted. All future invoices will be honored in accordance with these established rates.

The pricing structure is as follows effective for services performed on or after the February 28, 2005 NAGS rebalancing:

| | | |
|---|---|---|
| NAGS Windshield: | 7.0% | Off (-) NAGS List |
| NAGS Tempered: | 7.0% | Off (-) NAGS List |
| Labor: | $43.50 | Per NAGS Hour |
| High Modulus/ Non-Conductive Urethane | $65.00 | 1.0 Kit |
| | $95.00 | 1.5 Kit |
| | $125.00 | 2.0 Kit |
| All other urethanes: | $15.00 | per NAGS kit quantity |
| Windshield Repairs: | $50.00 | +$10 For each additional break Maximum of 3 repairs total |

The prices listed above supersede any prior pricing agreements with Farmers Insurance for Farmers' FASGLAS claims. As previously stated, they do not impact the pricing for the Farmers' Collision Glass program for work completed in conjunction with auto body repairs.

Our policyholders have the right of personal choice and preference in their selection of an automotive glass shop. However, because we are obligated, on behalf of all of our policyholders, to pay only the fair market value for glass repairs and replacement services, you may consider refusing the job if you are unwilling to provide service at the prices Farmers Insurance has offered above. Nothing contained in any oral or written notice received by us or our agent from you purporting to reject such pricing for services you may render for any of our insureds will be binding on us or otherwise require us to pay you additional sums for services rendered.

If you desire to bill for more than Farmers Insurance's fair and reasonable pricing as stated above, you must advise our policyholders prior to initiating glass repair/replacement so that they can determine whether they are willing to pay the additional costs for your services.

Please continue to submit your invoices in accordance with the billing instructions on the fax/dispatch that you receive for each Farmers transaction. Bills that are accurate and are not more than this pricing structure will be paid promptly as submitted.

We look forward to working with you in providing glass service to Farmers Insurance customers.

Should you have any questions, please contact Safelite Solutions at ShopCare@safelite.com or by faxing 614-210-9504.

Rate MN A

Exhibit B