Farmers Alpine 2006

Bobcat F7 | S G C N E T W O R K | Date: 06/07/06 Time: 16:52:21

| | | | | |
|---|---|---|---|---|
| To: | ALPINE GLASS INC | Shop#: | 056743 | |
| | 12736 320TH AVE | Fax: | 763-633-7475 | Referral# |
| | PRINCETON MN 55371 | Tel: | 763 633 7474 | 808082 |
| Customer: | STORGAARD, SCOTT J | Home: | 952-233-5106 | |
| | 14548 ROSEWOOD RD NE | Bus: | 952-239-3660 | Date of loss: |
| | PRIOR LAKE MN 55372 | | | 01/15/2006 |

Vehicle: 2000 CHEVROLET TAHOE Z71 4 DOOR U

Type of Loss: REPLACE WINDSHIELD ......................................

Deductible: $.00

W/S LIST: -7.0% LABR: $43.50 PER HOUR

C/T LIST: -7.0% LABR: $43.50 PER HOUR

KIT: $15.00 2KIT: $30.00 H/M KIT: $20.00 H/M 2KIT: $40.00

- IF COST OF CLAIM EXCEEDS $ 2 0 0 0 CALL 614-602-2120 BEFORE BEGINNING WORK ON VEHICLE

Notice:

Pricing is outlined above per current NAGS. If dealer, RV, "P", or net priced parts are to be used or additional parts, labor, or any other charges differ from the rates outlined above you are required to contact SGC Network at 1-614-602-2120 prior to beginning any work on the vehicle. Performance of services constitutes acceptance of the above price and billing instructions.

INSHOP SERVICE
INS. COMPANY: FARMERS INSURANCE ID#: 09030 EDI MAILBOX: SAFL SAFL107

Billing Instructions

Sold To: STORGAARD, SCOTT J
Bill To: FARMERS INSURANCE
Address: P.O. BOX 182279
COLUMBUS, OH 43218-2279
or, Invoice Online at SGCNetwork.com

Please Show On Your Invoice
1) Referral#: 808082
2) Full Vehicle Vin Number
3) Valid NAGS Part Numbers
4) Customer's Signature

- You must include sales tax on your invoice if applicable.
- Payment will be rendered upon receipt of funds from the insurance company.
- Invoices should be received by SGCNetwork within 10 days of installation



Exhibit C

Farmers Alpine 2006

- FARMERS INSURANCE GROUP will not reimburse for deductibles not collected.

--------------------------- Authorization To Pay: ----------------------------

I acknowledge receipt of goods and services requested and that all services were performed in a workmanlike manner to my complete satisfaction. I authorize my insurance, fleet, or leasing company to pay ALPINE GLASS INC directly for this claim. I understand I am personally responsible for payment of all or any portion of this invoice not covered by my insurance, fleet, or leasing company.

Customer Signature ______________________________________ Date ________________

Please return your invoice signed by the customer, along with this signed fax

Shop Owner/Mgr Signature ______________________________ Date _________________

Installer Signature_____________________________________ Date ________________

```
                                    Farmers Alpine 2007
Bobcat   |-----------------------------------------|        Date: 01/05/07
  F7     |            S G C   N E T W O R K        |        Time: 18:59:20
------------------------------------------------------------------------------
To:          ALPINE GLASS INC           Shop#: 056743       |
             12736 320TH AVE            Fax:   763-633-7475 |     Referral#
             PRINCETON MN 55371         Tel:   763 633 7474 |      545654
------------------------------------------------------------|
Customer:    FISKARI, DALLAS L          Home:  218-741-5937 |
             101 STATE ST               Bus:   218-780-1766 |   Date of loss:
             BUHL MN 55713                                  |    12/22/2006
------------------------------------------------------------------------------
Vehicle:  1997 PONTIAC BONNEVILLE 4 DOOR SE
Type of Loss: REPLACE  WINDSHIELD ......................................
Deductible:      $.00
------------------------------------------------------------------------------
W/S LIST:   -7.0% LABR:  $43.50 PER HOUR
C/T LIST:   -7.0% LABR:  $43.50 PER HOUR
 KIT:  $15.00   2KIT:  $30.00    H/M KIT:  $20.00   H/M 2KIT:  $40.00
- IF COST OF CLAIM EXCEEDS     $ 2 0 0 0   CALL
  614-602-2120 BEFORE BEGINNING WORK ON VEHICLE
-------------------------------- Notice:-------------------------------------
Pricing is outlined above per current NAGS. If dealer, RV, "P", or net
priced parts are to be used or additional parts, labor, or any other charges
differ from the rates outlined above you are required to contact SGC Network
at 1-614-602-2120 prior to beginning any work on the vehicle. Performance of
services constitutes acceptance of the above price and billing instructions.
------------------------------------------------------------------------------
MOBILE INFO: PHONE: 218-741-5937 618 2ND ST                    BREITUNG
COMPANY: FARMERS INSURANCE          ID#: 09030   EDI MAILBOX: SAFL   SAFL107
-------------------------- Billing Instructions ------------------------------

 Sold To: FISKARI, DALLAS L                   Please Show On Your Invoice

 Bill To: FARMERS INSURANCE                     1) Referral#: 545654

 Address: P.O. BOX 182279                       2) Full Vehicle Vin Number

          COLUMBUS, OH  43218-2279              3) Valid NAGS Part Numbers

or,Invoice Online at SGCNetwork.com             4) Customer's Signature
```

- You must include sales tax on your invoice if applicable.
- Payment will be rendered upon receipt of funds from the insurance company.
- Invoices should be received by SGCNetwork within 10 days of installation
- FARMERS INSURANCE GROUP will not reimburse for deductibles not collected.

--------------------------- Authorization To Pay: ---------------------------

I acknowledge receipt of goods and services requested and that all services were performed in a workmanlike manner to my complete satisfaction. I authorize my insurance, fleet, or leasing company to pay ALPINE GLASS INC directly for this claim. I understand I am personally responsible for payment of all or any portion of this invoice not covered by my insurance, fleet, or leasing company.



Exhibit C

Farmers Alpine 2007

Customer Signature ______________________________ Date ______________

Please return your invoice signed by the customer, along with this signed fax

Shop Owner/Mgr Signature ______________________________ Date ______________

Installer Signature______________________________ Date ______________



Exhibit C