UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Alpine Glass, Inc.,

Plaintiff,

v.

Illinois Farmers Insurance Company
And Mid-Century Insurance Company,

Defendants.

Civil No. 06-01148 PJS/RLE

**DECLARATION OF CHARLES J. LLOYD**

Under penalty of perjury, Charles J. Lloyd declares as follows:

1. I am a partner in the Minneapolis law firm of Livgard & Rabuse, PLLP and am one of the lawyers for plaintiff Alpine Glass in this action. I make this declaration in opposition to Farmers' motion for summary judgment.

2. Attached as Exhibit A is a true and correct copy of Farmers' memorandum in support of its application to vacate the list minus 14 % arbitration award in *Glass Service Co. v. Illinois Farmers*, Ramsey County file number C1-02-5860. Of particular relevance to this matter are pages 3-5 and 11-16 where Farmers addresses the same policy interpretation issue it raises in its motion for summary judgment.

3. Attached as Exhibit B is a true and correct copy of Farmers' memorandum in support of its application to vacate the list price arbitration award in *Glass Service Co. v. Illinois Farmers*, Ramsey County file number C1-02-5860. Of particular relevance to this matter are pages 4-6 and 13-18 where Farmers addresses the same policy interpretation issue it raises in its motion for summary judgment.

4. Attached as Exhibit C is a true and correct copy of Farmers' memorandum in support of its application to vacate the list plus 35% arbitration award in *Glass Service Co. v. Illinois Farmers*, Ramsey County file number C1-02-5860. Of particular relevance to this matter are pages 4-6 and 15-24 where Farmers addresses the same policy interpretation issue it raises in its motion for summary judgment.

5. Attached as Exhibit D is a true and correct copy of Farmers' memorandum in support of its application to vacate the list plus 43.3% arbitration award in *Glass Service Co. v. Illinois Farmers*, Ramsey County file number C1-02-5860. Of particular relevance to this matter are pages 7-14 where Farmers addresses the same policy interpretation issue it raises in its motion for summary judgment.

6. Attached as Exhibit E is a true and correct copy of Farmers' reply memorandum in support of its application to vacate the list minus 14%, list price and list plus 35% arbitration awards in *Glass Service Co. v. Illinois Farmers*, Ramsey County file number C1-02-5860. Of particular relevance to this matter are pages 3-7 where Farmers addresses the same policy interpretation issue it raises in its motion for summary judgment.

7. Attached as Exhibit F is a true and correct copy of the Ramsey County District Court's original order denying in their entirety the applications to vacate the list minus 14%, list price and list plus 35% arbitration awards in *Glass Service Co. v. Illinois Farmers*, Ramsey County file number C1-02-5860.

8. Attached as Exhibit G is a true and correct copy of the Ramsey County District Court's amended order denying in their entirety the applications to vacate the list

minus 14%, list price and list plus 35% arbitration awards in *Glass Service Co. v. Illinois Farmers*, Ramsey County file number C1-02-5860.

9. Attached as Exhibit H is a true and correct copy of Farmers' motion to clarify the arbitration award in the list plus 43.3% arbitration in *Glass Service Co. v. Illinois Farmers*, Ramsey County file number C1-02-5860. In this motion, Farmers raises the endorsement interpretation issue it raises here on its motion for summary judgment.

10. Attached as Exhibit I is a true and correct copy of arbitrator's order denying in its entirety Farmers' motion to clarify the arbitration award in the list plus 43.3% arbitration in *Glass Service Co. v. Illinois Farmers*, Ramsey County file number C1-02-5860.

11. Attached as Exhibit J is a true and correct copy of the Ramsey County District Court's order denying in its entirety the application to vacate the list plus 43.3% arbitration award in *Glass Service Co. v. Illinois Farmers*, Ramsey County file number C1-02-5860.

12. Attached as Exhibit K is a comparison of the first two editions of Farmers' policy endorsement E1400. The second edition contains a change in the limit of liability language from the first edition.

13. Attached as Exhibit L is a true and correct copy of an excerpt of the deposition of Michael Reid taken in this case.

14. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: March 8, 2007

s/ Charles J. Lloyd__________
Charles J. Lloyd