Alpine
GLASS INCORPORATED
"QUALITY GUARANTEED"

Safelite Glass
P.O. Box 182277
Columbus, OH 43272

Farmers Insurance Group
P. O. Box 29101
Shawnee Mission, KS 66201

11/5/2003

Dear Safelite and Farmers:

Recently, it has come to our attention that Safelite has been including certain language on job confirmations/dispatches sent to our company that suggest that our performance of the work signified an acceptance of the pricing set forth on the confirmation/dispatch. The purpose of this letter is to address that issue and to dispel any notion that we are in agreement with the offered pricing.

Until you receive further written notice from our company to the contrary, please be advised that we do not accept pricing offers contained on job confirmations or dispatches or any other document originated, transmitted or mailed by Safelite. Moreover, such language on any job confirmation or dispatch or on any other letter or document is not binding on Alpine Glass without our written agreement. The obligations of Farmers to pay auto glass claims are plainly set forth in the insurance policy. Neither Safelite nor Farmers has any ability to modify the terms of Farmers's insurance contract in this fashion. Therefore, the language on the dispatches/job confirmations is utterly worthless.

Accordingly, we will continue to perform high quality work on behalf of your policyholders and will continue to bill you at rates that are fair and reasonable for our services. We expect to be paid in full and on time in accordance with the terms of the insurance policy and any appropriate state statutes or regulations.

If you wish to discuss this further or if you wish to discuss entering into a pricing agreement, please contact me. Otherwise, we will assume that our position on this issue is clear.

Sincerely,

Michael Reid
President

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Farmers Glass Unit
ATT: Johnny Davis
PO Box 29101
Shawnee Mission KS
66201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X DENNIS J GALIANO

☐ Agent
☐ Addressee

B. Received by (*Printed Name*) Dennis J Galiano

C. Date of Delivery NOV 1 0 2003

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
   - ☐ Certified Mail
   - ☐ Express Mail
   - ☐ Registered
   - ☐ Return Receipt for Merchandise
   - ☐ Insured Mail
   - ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number
(*Transfer from service label*) 45750050

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1540