UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Alpine Glass, Inc.,

Plaintiff,

v.

Illinois Farmers Insurance Company
And Mid-Century Insurance Company,

Defendants.

Civil No. 06-01148 PJS/RLE

**SUPPLEMENTAL DECLARATION OF JOSHUA P. BROTEMARKLE**

Upon penalty of perjury Joshua P. Brotemarkle declares as follows:

1. I am an attorney in the Minneapolis law firm of Livgard & Rabuse, PLLP, and am one of the lawyers for the plaintiff in this action.
2. Attached as Exhibit A are true and correct copies of pages 20 and page 26 of Illinois Farmers Insurance Co.'s Brief and Appendix in *Illinois Farmers Ins. Co. v. Glass Service Co. Inc. and Auto Glass Service Center, Inc.*
3. Attached as Exhibit B is a true and correct copy of the unpublished opinion from the Washington Court of Appeals in *Cascade Auto Glass, Inc. v. Farmers Insurance Group*, No. 32609-4-II, 2006 Wash. App. LEXIS 1430.
4. Attached as Exhibit C is a true and correct copy of excerpts of Magistrate Judge Richard Nelson's Report & Recommendation in *Alpine Glass, Inc. v. American Family Insurance Co.*

5. Attached as Exhibit D is a true and correct copy of page 29 of Alpine Glass 30(b)(6) deposition.
6. Attached as Exhibit E are true and correct copy of pages 29-30 and exhibits D, F, F1, G, G1 of Michael Reid's deposition.
7. Attached as Exhibit F is a true and correct copy of Judge John T. Finley's order in *Glass Service Co., Inc. v. Illinois Farmers Ins. Co.*
8. Attached as Exhibit G is a true and correct copy of Judge Ericksen's Order in *Alpine Glass, Inc. v. Allstate Insurance Company*
9. Attached as Exhibit H is a true and correct copy of excerpts from Defendant's Opposition to Alpine's Motion to Consolidate in *Alpine Glass, Inc. v. Allstate Insurance Co.*
10. Attached as Exhibit I are true and correct copies of four consolidated arbitration awards in *Glass Service Co. v. Farmers*.
11. Attached as Exhibit J is a true and correct copy of the findings of fact, conclusions of law and order for judgment in *Glass Service Co. v. West Bend Mut. Ins. Co.*, a Hennepin County District Court case.
12. Attached as Exhibit K is a true and correct copy of the findings of fact, conclusions of law and order for judgment in *Glass Service Co. v. Progressive*, a Hennepin County District Court case that was later affirmed on appeal, 603 N.W.2d 849 (Minn. Ct. App. 2000).
13. Attached as Exhibit L is a true and correct copy of *Honeywell, Inc. v. J.P. Maguire Company, Inc.*, 93 Civ. 5253, 2000 U.S. Dist. LEXIS 3699.

Dated: March 16, 2007

s/ Joshua P. Brotemarkle
Joshua P. Brotemarkle